**Charles W. PENLAND, Sr.; Mary Penland, Wife, Plaintiffs— Appellants,**

v.

**COUNTY OF SPARTANBURG, South Carolina; State of South Carolina; Jerry Saad, Court Appointed Receiver; RMC Office of Spartanburg County, South Carolina; South Carolina Department of Revenue, Defendants— Appellees.**

No. 08–1925.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 20, 2008.

Decided: Nov. 25, 2008.

Charles W. Penland, Sr., and Mary Penland, Appellants Pro Se.

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

**PER CURIAM:**

Charles W. Penland, Sr., and Mary Penland appeal the district court's order accepting the recommendation of the magistrate judge and dismissing their 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Penland v. County of Spartanburg,* No. 6:07–cv–03288–HMH (D.S.C. Aug. 13, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*